# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re:  TASTEVINO SELECTIONS, LLC.   §   Case No. 15-11250
                                     §
                                     §
Debtor(s)                            §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Timothy W. Hoffman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $40,000.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $142.06 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $32,925.15 | |

3) Total gross receipts of $ 33,067.21 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $33,067.21 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 32,925.15 | 32,925.15 | 32,925.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 10,831.72 | 8,151.49 | 142.06 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 409,371.81 | 409,371.81 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $453,128.68 | $450,448.45 | $33,067.21 |

4) This case was originally filed under Chapter 7 on December 11, 2015. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/20/2018      By: /s/Timothy W. Hoffman
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R Over 90 days old. Face amount = $25500.Doubt | 1129-000 | 7,768.13 |
| Pre-petition Retainer | 1229-000 | 299.08 |
| Claim for Violation of Automatic Stay | 1249-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$33,067.21** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Timothy W. Hoffman | 2100-000 | N/A | 4,056.72 | 4,056.72 | 4,056.72 |
| Trustee Expenses - Timothy W. Hoffman | 2200-000 | N/A | 18.22 | 18.22 | 18.22 |
| Clerk of the Court Costs (includes adversary and other filing fees) - United | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Other - Steven M. Olson | 3210-000 | N/A | | 20,000.00 | 20,000.00 | 20,000.00 |
| Other - Steven M. Olson | 3220-000 | N/A | | 668.15 | 668.15 | 668.15 |
| Other - Murray A. Felder, Esq. | 3210-600 | N/A | | 510.00 | 510.00 | 510.00 |
| Other - Kokjer, Pierotti, Maiocco & Duck, LLP | 3410-000 | N/A | | 6,476.00 | 6,476.00 | 6,476.00 |
| Other - Kokjer, Pierotti, Maiocco & Duck, LLP | 3420-000 | N/A | | 267.29 | 267.29 | 267.29 |
| Other - International Sureties, LTD | 2300-000 | N/A | | 9.56 | 9.56 | 9.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 19.16 | 19.16 | 19.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 44.83 | 44.83 | 44.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 47.87 | 47.87 | 47.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 41.82 | 41.82 | 41.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 46.24 | 46.24 | 46.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 42.16 | 42.16 | 42.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 50.96 | 50.96 | 50.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 46.26 | 46.26 | 46.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 44.65 | 44.65 | 44.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 50.74 | 50.74 | 50.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 44.52 | 44.52 | 44.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $32,925.15 | $32,925.15 | $32,925.15 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| D | Franchise Tax Board | 5800-000 | N/A | 1,794.63 | 1,794.63 | 31.28 |
| 3P | Franchise Tax Board | 5800-000 | N/A | 840.79 | 840.79 | 14.65 |
| 5P | Missouri Department of Revenue | 5800-000 | N/A | 2,556.19 | 2,556.19 | 44.55 |
| 6P | Missouri Department of Revenue | 5800-000 | N/A | 2,959.88 | 2,959.88 | 51.58 |
| 7 | Avalon Risk Management | 5800-000 | N/A | 2,680.23 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $10,831.72 | $8,151.49 | $142.06 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Seariders Brokerage Corp | 7100-000 | N/A | 518.42 | 518.42 | 0.00 |
| 2 | Lynne Hetherington | 7100-000 | N/A | 3,296.47 | 3,296.47 | 0.00 |
| 3U | Franchise Tax Board | 7100-000 | N/A | 160.79 | 160.79 | 0.00 |
| 4 | Establecimiento Juanico S.A. | 7100-000 | N/A | 8,443.75 | 8,443.75 | 0.00 |
| 5U | Missouri Department of Revenue | 7100-000 | N/A | 418.00 | 418.00 | 0.00 |
| 6U | Missouri Department of Revenue | 7100-000 | N/A | 661.38 | 661.38 | 0.00 |
| NOCLAIM | Jose Martinez | 7100-000 | N/A | 266.00 | 266.00 | 0.00 |
| NOCLAIM | Jayne Rockmill | 7100-000 | N/A | 630.00 | 630.00 | 0.00 |
| NOCLAIM | Heredad America Imports LLC | 7100-000 | N/A | 25,701.00 | 25,701.00 | 0.00 |
| NOCLAIM | Gloria Aceves | 7100-000 | N/A | 3,680.00 | 3,680.00 | 0.00 |
| NOCLAIM | Julio Juarez | 7100-000 | N/A | 26,696.00 | 26,696.00 | 0.00 |
| NOCLAIM | Hanover Warehouses, Inc. | 7100-000 | N/A | 3,788.00 | 3,788.00 | 0.00 |
| NOCLAIM | Imperial Beverage | 7100-000 | N/A | 184.00 | 184.00 | 0.00 |
| NOCLAIM | Stuart Wilson | 7100-000 | N/A | 60,000.00 | 60,000.00 | 0.00 |
| NOCLAIM | Margaret Herreid | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| NOCLAIM | Prime Wines & Spirits Georgia | 7100-000 | N/A | 217.00 | 217.00 | 0.00 |
| NOCLAIM | Safeguard Business Systems | 7100-000 | N/A | 243.00 | 243.00 | 0.00 |
| NOCLAIM | Ganze & Company | 7100-000 | N/A | 5,707.00 | 5,707.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOCLAIM | Serrera Winery | 7100-000 | N/A | 9,800.00 | 9,800.00 | 0.00 |
| NOCLAIM | Standard Beverage Corporation | 7100-000 | N/A | 345.00 | 345.00 | 0.00 |
| NOCLAIM | Smoke Open Fire cooking | 7100-000 | N/A | 150,000.00 | 150,000.00 | 0.00 |
| NOCLAIM | MotoVino Wine Company | 7100-000 | N/A | 252.00 | 252.00 | 0.00 |
| NOCLAIM | Bernie Altube | 7100-000 | N/A | 6,637.00 | 6,637.00 | 0.00 |
| NOCLAIM | Alma Prince | 7100-000 | N/A | 1,979.00 | 1,979.00 | 0.00 |
| NOCLAIM | Avalon Risk Management | 7100-000 | N/A | 214.00 | 214.00 | 0.00 |
| NOCLAIM | FedEx Corporation | 7100-000 | N/A | 69.00 | 69.00 | 0.00 |
| NOCLAIM | Finca Algarve | 7100-000 | N/A | 40,763.00 | 40,763.00 | 0.00 |
| NOCLAIM | Direct Service Logistics | 7100-000 | N/A | 170.00 | 170.00 | 0.00 |
| NOCLAIM | Custom Wine Service North | 7100-000 | N/A | 281.00 | 281.00 | 0.00 |
| NOCLAIM | Dean Johnson | 7100-000 | N/A | 7,628.00 | 7,628.00 | 0.00 |
| NOCLAIM | City of Napa | 7100-000 | N/A | 238.00 | 238.00 | 0.00 |
| NOCLAIM | First National Wine and Spirits | 7100-000 | N/A | 385.00 | 385.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $409,371.81 | $409,371.81 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-11250  
**Case Name:** TASTEVINO SELECTIONS, LLC.

**Trustee:** (007810) Timothy W. Hoffman  
**Filed (f) or Converted (c):** 12/11/15 (f)  
**§341(a) Meeting Date:** 01/07/16

**Period Ending:** 03/20/18  
**Claims Bar Date:** 04/04/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Checking<br>Last 4 digits of Ac | 0.00 | 0.00 | | 0.00 | FA |
| 2 | A/R Over 90 days old. Face amount = $25500.Doubt Largest account debtor has gone out of business. Special counsel who was pursuing collection says to write off the balance. | 22,000.00 | 22,000.00 | | 7,768.13 | FA |
| 3 | Wine Inventory<br>Approx. 330 cases of wine from Uruguay stored in a bonded warehouse in New Jersey. There is a limited market for this wine. Wine was converted by warehouse post-petition without relief from stay. Trustee sued. See asset no. 5. | 40,000.00 | 34,000.00 | OA | 0.00 | FA |
| 4 | Pre-petition Retainer (u)<br>Unscheduled asset.<br>Balance of retainer held by law firm of Carle Mackie et. al. | 0.00 | 0.00 | | 299.08 | FA |
| 5 | Claim for Violation of Automatic Stay (u)<br>Unscheduled asset.<br>Sale of assets listed in no. 3 without first getting relief from stay. Case settled. | 0.00 | 0.00 | | 25,000.00 | FA |
| 5 | **Assets** Totals (Excluding unknown values) | **$62,000.00** | **$56,000.00** | | **$33,067.21** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/31/15 Order to Employ Steve Olson as counsel

Claims bar deadline: 4/4/16

1/11/16 app to employ Murray Felder as special counsel for debt collection

1/22/16 Order to employ Murray Felder as special counsel

1/22/16 Order to employ Jayne Rockmill as broker

1/26/16 case sent to Richard Pierotti

2/5/16 money received for accounts receivable

3/1/16 Order authorizing motion to sell personal property free and clear of security interests

3/4/16 Application to employ Pierotti

3/4/16 Motion to sell personal property

3/4/16 notice of abandonment of estate's interest in property

4/5/16 money received for accounts receivable

Case: 15-11250 Doc# 62 Filed: 04/06/18 Entered: 04/06/18 09:01:55 Page 7 of 11

Printed: 03/20/2018 09:34 PM V.13.30

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-11250  **Trustee:** (007810) Timothy W. Hoffman
**Case Name:** TASTEVINO SELECTIONS, LLC.  **Filed (f) or Converted (c):** 12/11/15 (f)
 **§341(a) Meeting Date:** 01/07/16
**Period Ending:** 03/20/18  **Claims Bar Date:** 04/04/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

4/6/16 Order on motion of sale for personal property
4/15/16 Complaint filed against wine warehouse for conversion of inventory
8/16/16 settlement agreement signed
8/24/17 money received. Return of unused pre-petition retainer
9/8/16 demand letter to Global Wines came back undelivered ($500). Unable to locate new address.
10/4/16 order to approve compromise with warehouse
11/21/16 settlement funds received
2/7/17 Special counsel says Casa de Uvas is now a suspended corp. and receivable is not collectable.
3/9/17 Olson fee app
4/19/17 monies received for acct receivable
6/7/17 Accountant is preparing final tax returns.
Prompt determination runs August 30, 2017
7/20/17 objection to claim no. 7
9/21/17 Claimant withdrew claim no. 7
9/25/17 Pierotti filed fee app
10/31/17 Final Reports sent to UST
1/19/18 Fee hearing held
1/30/18 Distribution made to creditors

**Initial Projected Date Of Final Report (TFR):** March 31, 2017  **Current Projected Date Of Final Report (TFR):** December 1, 2017 (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-11250  
**Case Name:** TASTEVINO SELECTIONS, LLC.  

**Taxpayer ID #:** **-***3941  
**Period Ending:** 03/20/18

**Trustee:** Timothy W. Hoffman (007810)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $64,276,124.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/05/16 | {2} | Murray A. Felder, Esq. | A/R Casa de Uyas | 1129-000 | 600.00 | | 600.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 590.00 |
| 03/14/16 | {2} | Metropolitan Wine Group Inc. | A/R -- Global Wines Distrib. | 1129-000 | 3,658.00 | | 4,248.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,238.00 |
| 04/05/16 | {2} | Strategic Importers, Inc. | Acct. Rec. | 1129-000 | 1,217.98 | | 5,455.98 |
| 04/05/16 | {2} | Prestige Beverage Group of MD, LLC | Acct. Rec. | 1129-000 | 592.15 | | 6,048.13 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,038.13 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,028.13 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,018.13 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,008.13 |
| 08/24/16 | {4} | Carle, Mackie, Power & Ross | Return of unused pre-petition retainer | 1229-000 | 299.08 | | 6,307.21 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,297.21 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,287.21 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,277.21 |
| 11/21/16 | {5} | Hanover Warehouse, Inc. | Settlement of lawsuit for violation of automatic stay | 1249-000 | 25,000.00 | | 31,277.21 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.16 | 31,258.05 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.83 | 31,213.22 |
| 01/17/17 | 101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/17/2017 FOR CASE #15-11250, Bond # 016048574 | 2300-000 | | 9.56 | 31,203.66 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.87 | 31,155.79 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.82 | 31,113.97 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.24 | 31,067.73 |
| 04/19/17 | | Murray A. Felder, Esq. | Acct. Rec. | | 1,190.00 | | 32,257.73 |
| | {2} | Murray Felder, Esq. | Acct. Rec.           1,700.00 | 1129-000 | | | 32,257.73 |
| | | Murray A. Felder, Esq. | Special counsel fee.      -510.00 | 3210-600 | | | 32,257.73 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.16 | 32,215.57 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.96 | 32,164.61 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.26 | 32,118.35 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.65 | 32,073.70 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.74 | 32,022.96 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.52 | 31,978.44 |
| 01/30/18 | 102 | United States Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 350.00 | 31,628.44 |

Subtotals: $32,557.21    $928.77

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-11250  
**Case Name:** TASTEVINO SELECTIONS, LLC.  

**Taxpayer ID #:** **-***3941  
**Period Ending:** 03/20/18  

**Trustee:** Timothy W. Hoffman (007810)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $64,276,124.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/30/18 | 103 | Steven M. Olson | Dividend paid 100.00% on $20,000.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 20,000.00 | 11,628.44 |
| 01/30/18 | 104 | Steven M. Olson | Dividend paid 100.00% on $668.15, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 668.15 | 10,960.29 |
| 01/30/18 | 105 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend paid 100.00% on $6,476.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 6,476.00 | 4,484.29 |
| 01/30/18 | 106 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend paid 100.00% on $267.29, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 267.29 | 4,217.00 |
| 01/30/18 | 107 | Franchise Tax Board | Dividend paid 1.74% on $1,794.63; Claim# D; Filed: $1,794.63 | 5800-000 | | 31.28 | 4,185.72 |
| 01/30/18 | 108 | Franchise Tax Board | Dividend paid 1.74% on $840.79; Claim# 3P; Filed: $840.79 | 5800-000 | | 14.65 | 4,171.07 |
| 01/30/18 | 109 | Missouri Department of Revenue | Dividend paid 1.74% on $2,556.19; Claim# 5P; Filed: $2,556.19 | 5800-000 | | 44.55 | 4,126.52 |
| 01/30/18 | 110 | Missouri Department of Revenue | Dividend paid 1.74% on $2,959.88; Claim# 6P; Filed: $2,959.88 | 5800-000 | | 51.58 | 4,074.94 |
| 01/30/18 | 111 | Timothy W. Hoffman | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 4,074.94 | 0.00 |
| | | | Dividend paid 100.00% 4,056.72 on $4,056.72; Claim# ; Filed: $4,056.72 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 18.22 on $18.22; Claim# ; Filed: $18.22 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 32,557.21 | 32,557.21 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 32,557.21 | 32,557.21 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$32,557.21** | **$32,557.21** | |

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 15-11250 | **Trustee:** | Timothy W. Hoffman (007810) |
| **Case Name:** TASTEVINO SELECTIONS, LLC. | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******7666 - Checking Account |
| **Taxpayer ID #:** **-***3941 | **Blanket Bond:** | $64,276,124.00 (per case limit) |
| **Period Ending:** 03/20/18 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 32,557.21 | | | | |
| | | Plus Gross Adjustments : | 510.00 | | | | |
| | | Net Estate : | $33,067.21 | | | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7666 | 32,557.21 | 32,557.21 | 0.00 |
| | $32,557.21 | $32,557.21 | $0.00 |

{} Asset reference(s)